IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| MELENDIE SPURLOCK, )<br>)<br> Plaintiff, )<br>)<br>v. )<br>)<br>EQUIFAX INFORMATION )<br>SERVICES, TRANSUNION, LLC, )<br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC, and NEWREZ, )<br>LLC, d/b/a SHELLPOINT )<br>MORTGAGE SERVICING. )<br>)<br> Defendants. )<br>) | Case No.: 2:21-cv-00362 |

**JOINT MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE**

Plaintiff Melendie Spurlock ("Plaintiff") and Defendant Newrez, LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint") (together, Plaintiff and Shellpoint will be referred to as the "Parties"), by and through their respective undersigned counsel, respectfully jointly request that the Court amend and extend the current responsive deadline for Shellpoint's answer or motion in response to Plaintiff's Complaint. In support thereof, the Parties agree to and state as follows:

1. On June 24, 2021, Plaintiff filed her Complaint in this matter in the United States District Court for the Southern District of West Virginia, Charleston Division. (Doc. No. 1).

2. The Complaint was served on the Secretary of State on June 30, 2021, and as a result, Shellpoint's responsive deadline would have been July 21, 2021.

3. In order to provide Shellpoint sufficient time to assess the allegations set forth in Plaintiff's Complaint in advance of submitting its initial response to the Complaint, the Parties have agreed to extend Shellpoint's responsive pleading deadline by two weeks.

1

4.     The Parties jointly propose that Shellpoint's deadline by which to submit its answer or motion in response to Plaintiff's Complaint shall be extended to August 4, 2021.

5.     The Parties submit that the proposed extension of the deadline as set forth above will be in the interests of justice and is not being presented to cause undue delay to the adjudication of this matter.

WHEREFORE, the Parties jointly request that this Court enter an order extending the time for Shellpoint to file an answer or motion in response to the Complaint to August 4, 2021.

Dated: July 14, 2021                                   Respectfully Submitted,

 /s/ Jed Nolan (with permission)
Benjamin M. Sheridan (#11296)
Jed R. Nolan (WVSB #10833)
Klein & Sheridan, LC
3566 Teays Valley Road
Hurricane, WV 25526
Telephone: (304) 562-7111
ben@kleinsheridan.com
jed@kleinsheridan.com

*Counsel for Plaintiff*

/s/ Andrew J. Narod
Andrew J. Narod, Esq. (WV Bar No. 13087)
Bradley Arant Boult Cummings LLP
1615 L Street, N.W., Suite 1350
Washington, D.C. 20036
Telephone: (202) 719-8271
Facsimile: (202) 719-8371
E-mail: anarod@bradley.com

*Counsel for Defendant Newrez, LLC d/b/a/ Shellpoint Mortgage Servicing*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| MELENDIE SPURLOCK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| EQUIFAX INFORMATION SERVICES, TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC, and NEWREZ, LLC, d/b/a SHELLPOINT MORTGAGE SERVICING. | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Case No.: 2:21-cv-00362

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on the 14th day of July, 2021, the ***"Joint Motion to Extend Responsive Pleading Deadline"*** was served by this Court's CM/ECF system upon the following attorneys of record for the Plaintiff:

    Benjamin M. Sheridan
    Jed R. Nolan
    Klein & Sheridan, LC
    3566 Teays Valley Road
    Hurricane, WV 35526

                                              /s/ Andrew J. Narod
                                      Andrew J. Narod, Esq. (WV Bar No. 13087)