IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| MELENDIE SPURLOCK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| EQUIFAX INFORMATION SERVICES, TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC, and NEWREZ, LLC, d/b/a SHELLPOINT MORTGAGE SERVICING. | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Case No.: 2:21-cv-00362

**(Proposed) ORDER**

This matter came before the Court on Plaintiff and Newrez, LLC d/b/a Shellpoint Mortgage Servicing's Joint Motion to Extend Responsive Deadline. Having reviewed the Joint Motion, the Court hereby finds good cause that the Joint Motion should be GRANTED. Therefore, it is this \_\_\_\_ day of _____, 2021, hereby

ORDERED, that Newrez, LLC d/b/a Shellpoint Mortgage Servicing shall file an answer or motion in response to Plaintiff's Complaint (Doc. 1) on or before August 4, 2021.

The Hon. John T. Copenhaver
United States District Judge