**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**Charleston Division**

**MELENDIE SPURLOCK,**
        **Plaintiff,**

**v.**
                                     **Civil Action No. 2:21-cv-00362**
                                     **Hon. Judge Irene C. Berger**

**TRANSUNION, LLC,**
        **Defendant.**

## CERTIFICATE OF SERVICE

    I, Benjamin M. Sheridan, attorney for Plaintiff, certify that on this 4th day of January, 2022, a true copy of **"PLAINTIFF MELENDIE SPURLOCK'S FIRST SET OF INTERROGATORIES TO DEFENDANT TRANSUNION, LLC"** was served on the Defendant as listed below **via first-class USPS mail, postage prepaid:**

Robert Edward Ryan
Steptoe & Johnson
P.O. Box 1616
Morgantown, WV 26507-1616
T: (304) 598-8000
F: (304) 598-8116
robert.ryan@steptoe-johnson.com

Kari A. Morrigan
Schuckit & Associates, PC
4545 Northwestern Dr.
Zionsville, IN 46077
T: 317-363-2400
kmorrigan@schuckitlaw.com

***Counsel for Trans Union, LLC***

                                            **/s/ Benjamin M. Sheridan**
                                            Benjamin M. Sheridan (# 11296)
                                            Jed R. Nolan (#10833)
                                            Klein & Sheridan, LC
                                            3566 Teays Valley Road
                                            Hurricane, WV 25526
                                            T: (304) 562-7111

10

F: (304) 562-7115
ben@kleinsheridan.com
jed@kleinsheridan.com

***Counsel for Plaintiff***