UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA (CHARLESTON)

| | |
|---|---|
| MELENDIE SPURLOCK,<br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC;<br>TRANSUNION, LLC; EXPERIAN INFORMATION<br>SOLUTION, INC.; and NEW REZ, LLC, d/b/a<br>SHELLPOINT MORTGAGE SERVICING;<br>    Defendants. | CASE NO. 2:21-cv-00362<br><br>Judge Irene C. Berger |

**ORDER OF DISMISSAL WITH PREJUDICE AS TO
DEFENDANT TRANS UNION, LLC ONLY**

Plaintiff Melendie Spurlock, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC Only, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Melendie Spurlock against Defendant Trans Union, LLC are dismissed, with prejudice.  Plaintiff Melendie Spurlock and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date:   ___April 13, 2022_____

*Irene C. Berger*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA

DISTRIBUTION TO:

| Benjamin Sheridan, Esq. bsheridan@kswvlaw.com | Jed R. Nolan, Esq. jnolan@kswvlaw.com |
| --- | --- |
| Vincent M. Roskovensky, Esq. vroskovensky@clarkhill.com | Kari A. Morrigan, Esq. kmorrigan@schuckitlaw.com |
| Robert E. Ryan, Esq. Robert.ryan@steptoe-johnson.com | |